**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-2404

———————

BRAXTON VAN WILLIAMS,

                                        Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-03-119-H)

———————

Submitted:  June 9, 2005          Decided:  June 14, 2005

———————

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Braxton Van Williams, Appellant Pro Se.  Joseph Edward Elder, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Braxton Van Williams appeals the district court's order granting Defendant's motion to dismiss his 42 U.S.C. § 1983 (2000) complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Williams's motions to send evidence of a valid warrant, to rule in his favor, for evidence, a trial, and to testify, and to disclose evidence, and we affirm on the reasoning of the district court. See Williams v. North Carolina, CA-03-119-H (E.D.N.C. Oct. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED